THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Christopher Williams,       
Appellant.
 
 
 

Appeal From Colleton County
Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2003-UP-280
Submitted February 20, 2003  Filed 
 April 17, 2003  

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Donald J. Zelenka, 
 of Columbia; Randolph  Murdaugh, III, of Hampton; for Respondent.
 
 
 

PER CURIAM: Christopher Williams 
 was indicted for armed robbery and murder.  Williams pled guilty to armed robbery 
 and murder.  He was sentenced to thirty-five years imprisonment.  Williams appeals, 
 arguing that his guilty plea failed to comply with the mandates set forth in 
 Boykin v. Alabama, 395 U.S. 238 (1969).  Counsel for Williams has filed 
 a final brief and submitted a petition to be relieved as counsel.
After review of the record pursuant to 
 Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] the appeal and grant counsels 
 motion to be relieved.
 APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1] Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rule 215, SCACR.